**Dismissed and Opinion Filed October 20, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00547-CV**
_____

**PERFECTO RODRIGUEZ, II, Appellant**

**V.**

**JUDITH SLAGLE, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06378**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

This appeal challenges the associate judge's final judgment dismissing appellant's claims against appellee for failure to replead. Because an associate judge's judgment is not appealable until signed by the referring court, *see* TEX. GOV'T. CODE ANN. § 54A.116(b), and nothing before us reflected the referring court had signed the judgment, we requested appellant to file a letter brief addressing the jurisdictional issue. Although appellant complied, nothing therein demonstrates our

jurisdiction. Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction. *See id.*; TEX. R. APP. P. 42.3(a).

/Ken Molberg//
KEN MOLBERG
230547f.p05                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PERFECTO RODRIGUEZ, II,
Appellant

No. 05-23-00547-CV     V.

JUDITH SLAGLE, Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-06378.
Opinion delivered by Justice
Molberg. Justices Carlyle and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 20th day of October, 2023.